IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ROBERTS, an individual; and KENNETH MCKAY, an individual, on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>C.R. ENGLAND, INC., a Utah corporation; OPPORTUNITY LEASING, INC., a Utah corporation; and HORIZON TRUCK SALES AND LEASING, LLC., a Utah Limited Liability Corporation,<br><br>    Defendants.<br>_____/ | No. C 11-2586 CW<br><br>ORDER GRANTING PLAINTIFFS' MOTION TO STAY THE TRANSFER (Docket No. 45) |

On January 25, 2012, the Court granted Defendants' motions to dismiss Plaintiffs' claim under the California Franchise Investment Law and to transfer venue for this putative class action. In an effort to seek appellate review of this order, Plaintiffs moved for certification of an interlocutory appeal, pursuant to 28 U.S.C. § 1292(b), and moved for entry of partial judgment under Federal Rule of Civil Procedure 54(b). Docket Nos. 46 and 47. In addition, Plaintiffs moved to stay the transfer order, pending the Court's resolution of their motions for certification and entry of partial judgment. Docket No. 45.

If the transfer order is not stayed, the case will be transferred and docketed in the District of Utah on February 8, 2012.

To allow time for the Court to consider Plaintiffs' motions for certification under § 1292(b) and partial judgment under Rule 54(b), the Court grants Plaintiffs' request to stay the transfer. The stay will remain in effect, pending the Court's ruling on the motions for certification and partial judgment.

Defendants shall respond to Plaintiffs' motions in a single brief no longer than Plaintiffs' total briefing, within seven days. Plaintiffs may submit a consolidated reply brief within four days after Defendants respond. The motions will be taken under submission on the papers. The March 8, 2012 hearing is vacated.

IT IS SO ORDERED.

Dated: 2/3/2012

CLAUDIA WILKEN
United States District Judge