IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ROBERTS, an individual; and KENNETH MCKAY, an individual, on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>C.R. ENGLAND, INC., a Utah corporation; OPPORTUNITY LEASING, INC., a Utah corporation; and HORIZON TRUCK SALES AND LEASING, LLC., a Utah Limited Liability Corporation,<br><br>    Defendants.<br>_____/ | No. C 11-2586 CW<br><br>ORDER LIFTING STAY ON THE COURT'S JANUARY 25, 2012 TRANSFER ORDER |

On January 25, 2012, the Court granted Defendants' motion to dismiss Plaintiffs' claim under the California Franchise Investment Law and ordered a transfer of venue for this putative class action. On February 3, 2012, the Court granted Plaintiffs' request for a stay of the transfer order pending resolution of Plaintiffs' motions for certification of an interlocutory appeal, pursuant to 28 U.S.C. § 1292(b), and entry of partial judgment under Federal Rule of Civil Procedure 54(b). On March 5, 2012, when the Court denied the motions, it extended the stay on the transfer order for fourteen days to allow Plaintiffs to seek relief through a petition for a writ of mandamus from the Ninth Circuit. The fourteen day extension has expired and Plaintiffs'

petition for a writ of mandamus has been denied.  Accordingly, the stay on the transfer order is lifted and the Clerk shall transfer the file to the District of Utah.

IT IS SO ORDERED.

Dated: 3/23/2012     
CLAUDIA WILKEN
United States District Judge

2